Nathan Brown (SBN: 033482)
Nathan.Brown@BrownPatentLaw.com
Brown Patent Law
1500 N 7th Way Suite 203
Scottsdale, AZ 85260
Telephone: (602) 529-3474

[Additional counsel appearing on signature page]

*Attorneys for Plaintiff and the putative class*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **Darren MacDonald**, individually on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>**Christine Hotchkin**, individual<br><br>　　　　　　Defendant. | Case No. 2:20-cv-00138-SMB<br><br>**STIPULATION TO ENTRY OF PROTECTIVE ORDER** |

Plaintiff Darren Macdonald and Defendant Christine Hotchkin stipulate to the entry of the protective order attached as Exhibit A. Ms. Hotchkin's documents include confidential business information. Therefore, to facilitate discovery, the parties stipulate to entry of the attached Stipulated Protective Order to provide a mechanism to designate documents as "confidential" and to regulate their use in this litigation.

Dated: March 20, 2020　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　By: /s/ Nathan Brown
　　　　　　　　　　　　　　　　Nathan Brown
　　　　　　　　　　　　　　　　*Local Counsel for Plaintiff and the putative class*
　　　　　　　　　　　　　　　　Telephone: (602) 529-3474
　　　　　　　　　　　　　　　　Nathan.Brown@BrownPatentLaw.com

Rachel E. Kaufman*
rachel@kaufmanpa.com
KAUFMAN P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881

*Attorneys for Plaintiff MacDonald and the putative Class*

*Admitted *pro hac vice*

  /s/ Erik W. Stanley
Erik W. Stanley
  erik@providentlawyers.com
Christopher J. Charles
  chris@providentlawyers.com
Provident Law®
14646 N. Kierland Blvd., Ste. 230
Scottsdale, AZ  85254
Telephone (480) 388-3343
*Attorneys for Defendant Christine Hotchkin*