Nathan Brown (SBN: 033482)
Nathan.Brown@BrownPatentLaw.com
BROWN PATENT LAW
15100 N 78th Way Suite 203
Scottsdale, AZ 85260
Telephone: (602) 529-3474

[Additional counsel appearing on signature page]

*Attorneys for Plaintiff and the putative class*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **Darren MacDonald**, individually on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**Brian Gubernick, PLLC**, **and Brian Gubernick,**<br><br>Defendants. | Case No. 2:20-cv-00138-SMB<br><br>**NOTICE OF SETTLEMENT** |

Plaintiff Darren MacDonald and Defendants Brian Gubernick, PLLC and Brian Gubernick notify the Court that the parties have reached a settlement in principle to resolve this matter. The parties anticipate filing a Notice of Dismissal of the action with prejudice as to the Plaintiff's individual claim within 30 days or will inform the Court of the parties' progress within 30 days. Accordingly, the parties respectfully request that all current deadlines and hearings be suspended pending the filing of the Notice of Dismissal.

Dated: August 17, 2022                    Respectfully submitted,

                                          */s/ Rachel E. Kaufman*

1

| | |
|---|---|
| 1 | Rachel E. Kaufman (admitted *pro hac vice*) |
| 2 | rachel@kaufmanpa.com |
|   | KAUFMAN P.A. |
| 3 | 237 S Dixie Hwy, 4th Floor |
|   | Coral Gables, FL 33133 |
| 4 | Telephone: (305) 469-5881 |

Nathan Brown
Nathan.Brown@BrownPatentLaw.com
BROWN PATENT LAW
15100 N 78th Way Suite 203
Scottsdale, AZ 85260
Telephone: (602) 529-3474

*Local Counsel for Plaintiff MacDonald and the putative Class*

*Counsel for Plaintiff MacDonald and the putative Class*

**WILENCHIK & BARTNESS, P.C.**
By */s/ Jordan C. Wolff*
Dennis I. Wilenchik, Esq.
Jordan C. Wolff, Esq.
The Wilenchik & Bartness Building
2810 North Third Street
Phoenix, Arizona 85004
admin@wb-law.com

*Attorneys for Defendants Brian Gubernick, PLLC and Brian Gubernick*