# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Darren MacDonald,<br><br>       Plaintiff,<br><br>v.<br><br>Christine Hotchkin, et al.,<br><br>       Defendants. | No. CV-20-00138-PHX-MTL<br><br>**ORDER** |

The Court having received notice that this case has settled between the parties (Doc. 117),

**IT IS ORDERED** that the Clerk of Court shall, without further notice, DISMISS this entire case on September 16, 2022, and shall enter judgment accordingly, unless prior thereto a party files a request for reinstatement on the Court's trial calendar.

**IT IS FURTHER ORDERED** that all deadlines and hearings are vacated and that all pending motions are denied as moot.

Dated this 18th day of August, 2022.

*Michael T. Liburdi*
Michael T. Liburdi
United States District Judge