# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Darren MacDonald,<br><br>    Plaintiff,<br><br>v.<br><br>Christine Hotchkin, et al.,<br><br>    Defendants. | No. CV-20-00138-PHX-MTL<br><br>**ORDER** |

**IT IS ORDERED** that the parties' Stipulation of Dismissal (Doc. 119) is granted.

**IT IS FURTHER ORDERED** that all pending motions are denied as moot and all hearings are vacated.

**IT IS FINALLY ORDERED** that the Clerk of Court shall dismiss this action **with prejudice**, with each party bearing their own attorneys' fees and costs.

Dated this 12th day of September, 2022.

Michael T. Liburdi
United States District Judge